FILED

SEP 09 2026

Bonnie N. Hackler, Acting Clerk
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ABRAHAM JAMES YAHV SIMMERS II,**
**a/k/a "Abraham Yahv Simmers II,"**
**a/k/a "Abraham Yahvii Simmers,"**
**a/k/a "Abraham Yahv Simmers,"**
**a/k/a "Abraham James Yahv II Simmers,"**
**a/k/a "Abraham Simmers,"**

**Defendant.**

**Case No. 26 CR - 341 JDR**

**INDICTMENT**
**[COUNT ONE: 18 U.S.C. §§ 1151, 1153, and 113(a)(3) – Assault with a Dangerous Weapon with Intent to do Bodily Harm in Indian Country; COUNT TWO: 18 U.S.C. §§ 1151, 1152, and 1363 – Destruction of Property Within Indian Country; COUNT THREE: 18 U.S.C. § 924(c)(1)(A)(iii) – Carrying, Using, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence; Forfeiture Allegation: 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Firearms Forfeiture]**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[18 U.S.C. §§ 1151, 1153, and 113(a)(3)]**

On or about July 17, 2026, within Indian Country in the Northern District of Oklahoma, the defendant, **ABRAHAM JAMES YAHV SIMMERS II**, a/k/a "Abraham Yahv Simmers II," a/k/a "Abraham Yahvii Simmers," a/k/a "Abraham Yahv Simmers," a/k/a "Abraham James Yahv II Simmers," a/k/a "Abraham Simmers," an Indian, with intent to do bodily harm, assaulted S.R., a person known to the Grand Jury, with a dangerous weapon.

All in violation of Title 18, United States Code, Sections 1151, 1153, and 113(a)(3).

**COUNT TWO**
**[18 U.S.C. §§ 1151, 1152, and 1363]**

On or about July 17, 2026, within Indian Country in the Northern District of Oklahoma, the defendant, **ABRAHAM JAMES YAHV SIMMERS II**, a/k/a "Abraham Yahv Simmers II," a/k/a "Abraham Yahvii Simmers," a/k/a "Abraham Yahv Simmers," a/k/a "Abraham James Yahv II Simmers," a/k/a "Abraham Simmers," an Indian, willfully and maliciously destroyed and injured a structure, real property, and dwelling belonging to S.R., a person known to the Grand Jury, and placed the lives of others known to the Grand Jury in jeopardy.

All in violation of Title 18, United States Code, Sections 1151, 1152, and 1363.

## COUNT THREE
**[18 U.S.C. § 924(c)(1)(A)(iii)]**

On or about July 17, 2026, within Indian Country in the Northern District of Oklahoma, the defendant, **ABRAHAM JAMES YAHV SIMMERS II**, a/k/a "Abraham Yahv Simmers II," a/k/a "Abraham Yahvii Simmers," a/k/a "Abraham Yahv Simmers," a/k/a "Abraham James Yahv II Simmers," a/k/a "Abraham Simmers," knowingly carried, used, brandished, and discharged a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, specifically, Assault with a Dangerous Weapon with Intent to do Bodily Harm in Indian Country, as set forth more fully in Count One of this Indictment, and Destruction of Property Within Indian Country, as set for more fully in Count Two of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## FORFEITURE ALLEGATION
**[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]**

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in this Indictment as to Count Three, as a part of the sentence, the defendant, **ABRAHAM JAMES YAHV SIMMERS II**, a/k/a "Abraham Yahv Simmers II," a/k/a "Abraham Yahvii Simmers," a/k/a "Abraham Yahv Simmers," a/k/a "Abraham James Yahv II Simmers," a/k/a "Abraham Simmers," shall forfeit to the United States any firearm and ammunition involved in or used in the knowing commission of such offenses. The property to be forfeited includes, but is not limited to:

**FIREARM AND AMMUNITION**

1. A Glock, Model 43x, 9mm caliber handgun, serial number cfxa821; and
2. Approximately 6 rounds of 9mm caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

CHRISTOPHER J. NASSAR
United States Attorney

AARON JOLLY
Assistant United States Attorney

A TRUE BILL

/s/ Grand Jury Foreperson
Grand Jury Foreperson