**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Case No. 26-CR-341-JDR**

**ABRAHAM JAMES YAHV SIMMERS II,
a/k/a "Abraham Yahv Simmers II,"
a/k/a "Abraham Yahvii Simmers,"
a/k/a "Abraham Yahv Simmers,"
a/k/a "Abraham James Yahv II Simmers,"
a/k/a "Abraham Simmers,"**

**Defendant.**

**Motion for Detention Hearing**

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3142(e) and (f), and hereby requests that the Court hold a hearing pending trial to determine whether any condition, or combination of conditions, as set forth in 18 U.S.C. § 3142(c), will reasonably assure the appearance of the Defendant as required and the safety of any other person and the community.

Respectfully submitted,

CHRISTOPHER J. NASSAR
UNITED STATES ATTORNEY

*/s/ Aaron M. Jolly*

Aaron M Jolly, Missouri Bar No. 70155
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700