**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

United States of America,

Plaintiff,

vs.

Abraham James Yahv Simmers, II,

Defendant(s).

Case No.: 26-cr-00341-JDR
Date: 9/22/2026
Court Time: 2:15pm - 3:29pm
4:07pm - 4:20pm

**MINUTE SHEET – DETENTION AND/OR PRELIMINARY HEARING**

Jodi F. Jayne, U.S. Magistrate Judge    S. Lamoreaux-Cope, Deputy Clerk    Magistrate Courtroom 1

Interpreter: ____________ ☐ Sworn
Counsel for Plaintiff: Aaron Jolly
Counsel for Defendant: Daniel Medlock FPD
Case called for: ☒ Detention Hearing, ☐ Preliminary Hearing;
☑ Defendant appears in custody with counsel;
Defendant waives: ☐ Preliminary Hearing ☐ Detention Hearing, waiver(s) executed;
☐ Government withdraws their Motion for Detention # ________;
☐ Defense counsel stipulates there is probable cause;
☑ Proffer(s) made;
☑ Witness(es) sworn and testimony given;
☑ Arguments heard;
☐ Court Finds Probable Cause;
Motion for Detention (Dkt # ): ☐ granted, ☑ denied, ☐ moot;
☑ Court finds there are conditions which defendant can be released; Defendant ordered released;
☑ Bond set at $10,000.00 Bond and Conditions of Release executed;
☐ Defendant detained and remanded to custody of U.S. Marshal, ☐ Detention Order to be entered;
☐ Exhibit(s) returned to counsel.

Additional Minutes:

Government's Witnesses:
See attached

Defendant's Witnesses:

Government's Exhibits:
See attached

Defendant's Exhibits:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ABRAHAM JAMES YAHV SIMMERS, II**<br><br>**Defendant.** | **Case No. 26-CR-335-GKF** |

**Witness List for Detention Hearing**

**Submitted by Attorney:** AUSA, Aaron M. Jolly

**Party Represented:** Plaintiff

| No | Name (Do NOT Include Addresses) | Date/Time of Testimony (To Be Completed By Clerk) |
|---|---|---|
| 1 | FBI Special Agent Audra Rees | 9/22/26 @ 2:18pm - 3:02 pm |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Submit to Courtroom Deputy (Do NOT File)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ABRAHAM JAMES YAHV SIMMERS, II**

**Defendant.**

**Case No. 26-CR-335-GKF**

## Exhibit List for Detention Hearing

**Submitted by Attorney:** AUSA, Name

**Party Represented:** Plaintiff

| No. | Ofr | Obj | Adm | Description |
|---|---|---|---|---|
| 1 | ✓ | | ✓ | Ring Video Footage – Interior – Start of Altercation |
| 2 | ✓ | | ✓ | Ring Video Footage – Interior – End of Altercation/Departs |
| 3 | ✓ | | ✓ | Ring Video Footage – Exterior – Defendant Shooting |
| 4 | ✓ | | ✓ | Ring Video Footage – Interior – Bullet Strikes/Reaction |
| 5 | ✓ | | ✓ | Ring Video Footage – Exterior – Victim Return Fire |
| 6 | ✓ | | ✓ | Photo of front door |
| 7 | ✓ | | ✓ | Photo of front door and gutter |
| 8 | ✓ | | ✓ | Photo of Hallway from Front Door to Living Room |
| 9 | ✓ | | ✓ | Photo of Damaged Wall Art |
| 10 | ✓ | | ✓ | Photo of Damaged Bookcase |
| 11 | ✓ | | ✓ | Photo of Damaged Exterior Ceiling |
| | | | | |
| | | | | |
| | | | | |

Submit to Courtroom Deputy (Do NOT File)